**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>**Agostinho Miguel Luyindula**</u>
      Petitioner

                                                 CIVIL ACTION

V.

                                           NO. **1:26-cv-10421-RGS**

<u>**Todd M Lyons et al**</u>
          Respondent

<u>**ORDER OF DISMISSAL**</u>

<u>Stearns, D. J.</u>

     In accordance with the Court's Order entered February 13, 2026 [<u>Doc. No. 10</u>] it is hereby <u>ORDERED</u> that the above-entitled action be and hereby is <u>DISMISSED.</u>

                                      By the Court,

<u>2/13/2026</u>                                      <u>/s/ Nicole Cowan</u>
        Date                                           Deputy Clerk